United States District Court

Eastern District of California

Tyronne Battle,

      Plaintiff,               No. Civ. S 02-0029 DFL PAN P

  vs.                   Order

Louise Printz, et al.,

      Defendants.

-oOo-

May 25, 2005, plaintiff moved to compel defendant Printz to respond to interrogatories.

The court's February 10, 2005, scheduling order stated: "Discovery shall be conducted so that all discovery shall be completed and any motion necessary to resolve a discovery dispute shall be filed, briefed, heard, decided and any order complied with by May 20, 2005."

////

////

1    Plaintiff's May 25, 2005, motion to compel is untimely and

2  is denied.

3    So ordered.

4    Dated:  June 29, 2005.

5                                    /s/ Peter A. Nowinski
                                     PETER A. NOWINSKI
6                                    Magistrate Judge