United States District Court

Eastern District of California

Tyrone Battle,

     Plaintiff,

vs.

Louise Printz, et al.,

     Defendants.

No. Civ. S 02-0029 DFL PAN P

Order

-oOo-

    The February 10, 2005, scheduling order stated that dispositive motions were due filed and served July 15, 2005.

    Plaintiff moved October 6, 2005, for summary judgment. The motion is untimely and is dismissed.

    Good cause appearing, time for plaintiff to file and serve a pretrial statement is extended to December 15, 2005; defendant Printz must file and serve her pretrial statement by January 5, 2006. Pretrial conference will be conducted on the papers. The

///

1 January 23, 2006, jury trial is vacated, to be rescheduled in the
2 pretrial order.
3     So ordered.
4     Dated:  November 22, 2005.

                                /s/ Peter A. Nowinski
                                PETER A. NOWINSKI
                                Magistrate Judge